IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILTON KEN HERBERT,

    Petitioner,

v.                                              CASE NO. 1:15-cv-00029-MP-CJK

STATE OF FLORIDA,

    Respondent.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 21, 2015. (Doc. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 11. I have made a *de novo* review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation (doc. 10) is adopted and incorporated by reference in this order.

2.     This case is DISMISSED WITHOUT PREJUDICE for Petitioner's failure to comply with an order of the court. The Clerk is directed to close the file.

**DONE AND ORDERED** this   *22nd* day of June, 2015.

                                      *s/Maurice M. Paul*
                                      Maurice M. Paul, Senior District Judge